IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANIEL DeFEBO, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 09-2993 |
| | : | |
| ANDERSEN WINDOWS, INC., | : | |
| and HOME DEPOT U.S.A., INC., | : | |
| | : | |
| Defendant. | : | |

FILED

NOV 23 2009

## ORDER

AND NOW, this 23rd day of November 2009, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that Defendant Home Depot U.S.A., Inc.'s ("Home Depot") Motion to Dismiss Count IV of Plaintiff's Second Amended Complaint (Doc. 29) is GRANTED. Accordingly, Count IV of Plaintiff's Second Amended Complaint is DISMISSED as to Home Depot with prejudice.

BY THE COURT:

/s/ Michael M. Baylson
Michael M. Baylson, U.S.D.J.

O:\CIVIL 09-10\09-2993 Defebo v. Andersen\Home Dept Mtd Order2.wpd

Fax
cc: Smith
Devine
D'angelo